No. 77–759. Whitman Area Improvement Council et al. v. Resident Advisory Board et al.;

No. 77–761. Philadelphia Housing Authority v. Resident Advisory Board of Philadelphia et al.;

No. 77–762. Redevelopment Authority of the City of Philadelphia v. Resident Advisory Board of Philadelphia et al.; and

No. 77–966. City of Philadelphia et al. v. Resident Advisory Board of Philadelphia et al. C. A. 3d Cir. Motion of Nellie Reynolds for leave to proceed *in forma pauperis* granted. Certiorari denied. ▆▆▆▆▆▆▆▆
▆▆▆▆

No. 77–764. Crisp, Warden, et al. v. Bromley et al. C. A. 10th Cir. Motion of respondents for leave to proceed *in forma pauperis* granted. Certiorari denied. ▆▆▆▆▆
▆▆▆▆▆▆▆▆

No. 77–866. Califano, Secretary of Health, Education, and Welfare v. White. C. A. 2d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. ▆▆▆▆▆▆▆

No. 77–5653. Knapp v. Arizona. Sup. Ct. Ariz. Certiorari denied. Mr. Justice Blackmun concurs in the denial of certiorari in this case on the usual understanding that it is without prejudice to petitioner's seeking relief by habeas corpus. ▆▆▆▆▆▆▆▆▆▆

Mr. Justice Brennan and Mr. Justice Marshall, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentence in this case.